# Hines *v.* The State.

### Murder.

(Decided December 21, 1916. 73 South. 428.)

New Trial; Criminal Case; Review.—The evidence examined and held too meager to support the verdict, and that defendant's motion for new trial should have been granted.

(Thomas, J., dissents.)

APPEAL from Tallapoosa Circuit Court.
Heard before Hon. S. L. BREWER.
Jodie Hines, alias, was convicted of murder and he appeals. Reversed and remanded.

J. W. STROTHER, and BRIDGES & OLIVER, for appellant. W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

PER CURIAM.—The court, upon consideration of the evidence in this case in conference of all the judges, directs that its

opinion be expressed to the following effect: Allowing all reasonable presumptions in favor of the correctness of the verdict and judgment, but remembering that the burden rested upon the state of proving defendant's guilt beyond a reasonable doubt, the evidence in support of the verdict is so meager and unsatisfactory as to convince the court that it is wrong and unjust.—*Cobb v. Malone,* 92 Ala. 630, 9 South. 738. It follows that the verdict and judgment should have been set aside on defendant's motion, and for the error in overruling the motion the verdict and judgment are here set aside, and the cause remanded for another trial.

Reversed and remanded. All the Judges concur, except THOMAS, J., who dissents.